# WEBSTER SZANYI LLP
ATTORNEYS

Shannon B. O'Neill
Associate

February 19, 2020

**Via CM/ECF**
Hon. Michael J. Roemer
United States Magistrate Judge
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

Re:   D'Angelo v. City of Lockport
Civil No.:   19-CV-00221

Dear Magistrate Judge Roemer:

      I represent the Defendants in the above-referenced matter. I respectfully request the Court's assistance concerning an issue that recently occurred in this matter. On February 10, 2020, I was informed by Plaintiff's counsel that they no longer represent Plaintiff, and therefore, have not responded to our outstanding discovery requests. Given the outstanding requests, no depositions have occurred. We emailed Plaintiff's counsel requesting that they immediately file a motion to withdraw. However, as of to date, they have not done so. The Scheduling Order in this case requires discovery to be completed by March 31, 2020. Due to the upcoming deadline, the Defendants respectfully request the Court's guidance on the current issue.

      Thank you for your consideration.

Respectfully yours,

WEBSTER SZANYI LLP

Shannon B. O'Neill

cb
cc:   Steven M. Cohen, Esq. (via CMECF)