U.S DISTRICT COURT
WESTERN DISTRICT OF N.Y

1:19-CV-00221-LJV-MJR
D'Angelo V City of Lockport et al.

TO WHOM IT MAY CONCERN:
HON. MICHAEL J. ROEMER.

I AM WRITING TO TO YOU REGUARDING THE CASE ~~00000000~~ 1:19-CV-00221-LJU-MJR. I RECIEVED A LETTER CONCERNING MY CASE ABOUT A MOTION FOR COUNCIL TO WITHDRAW. I BELIEVE I'VE RETAINED COUNCIL BUT DUE TO MY SITUATION & THE COVID 19 CONTACT IS HARD SO I'M WRITTING YOU TO SAY THAT I'M CONTINUING W/ THIS CASE. AT THIS TIME I WILL CONTINUE & PROCEED PRO SE... FOR DEADLINE PURPOSES.. I DO BELIEVE THAT MY NEW ATTORNEY WILL CONTACT THE COURTS SOON THOUGH. BUT AGAIN FOR DEADLINE PURPOSES I'll CONTINUE PRO SE. I'M IN THE PROCESS OF GAINING ALL THE MATIERIAL TO CONTINUE ANY & ALL HELP THAT THIS COURT CAN GIVE ME

I would greatly appreciate it. This withdrawl was sudden & unexpected I wasn't aware until I recieved your letter.

So yes I'm continuing with this case.

Thank you
Sincerely
Frank D'Angelo

F.D.

cc

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: FRANK DANGELO   DIN: 19B2286

19-CV-221

HONORABLE MICHAEL J. ROEMER
UNITED STATES DISTRICT COURT
2 NIAGARA SQUARE
BUFFALO, NY 14202-3350

LEGAL MAIL

[Stamp: USDC-WDNY BUFFALO JUL 27 2020]

[Postmark: SYRACUSE NY 130, 23 JUL '20 PM 2, MOHAWK CORRECTIONAL FACILITY]

[Postage: NEOPOST 07/23/2020 US POSTAGE $000.50° ZIP 13440 041M11287395 FIRST-CLASS MAIL]