UNITED STATES DISTRICT COURT
FILED
MAR – 4 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

TO: HONORABLE MICHAEL J. ROEMER,

My NAME IS FRANK DANGELO AND I CURRENTLY HAVE A PENDING 1983 IN YOUR COURT.

DOCKET # 1:19-CV-00221-LJU-MJR DANGELO V. CITY OF LOCKPORT ET AI.

I HAVE RECENTLY BEEN IN CONTACT WITH THE DEFENDANTS LAW FIRM WEBSTER SZANYI I UNDERSTAND THAT A MOTION TO COMPEL WAS RECENTLY SUBMITTED & I HAVE NO ISSUES ANSWERING ANY & AII INQUIRES. I WRITE YOU TODAY TO DISCUSS SEVERAI ISSUES AT HAND. MY LEGAI IGNORANCE, INACCURATE STATEMENTS by DEFENDANTS FIRM & THE JAII IM CURRENTLY HOUSED IN.

FIRST & FOREMOST LET ME SAY THANK YOU FOR YOUR PATIENCE. I AM COMPIETLY IGNORANT TO THIS TYPE OF LAW & I ASK THAT YOU BARE WITH ME WHILE I DO AII I CAN PRO-SE WHILE I LOOK FOR REPRESENTATION TO COME ABOARD SOON PIEASE IN FUTURE CORRESPONDENCE EXPIAIN IN LAYMENS TERMS WHAT I AM TO DO IVE AIREADY ASKED THAT THE DEFENDENTS DO THE SAME.

SOME OF THE STATEMENTS MADE By THE DEFENDANTS FIRM ARE INACURATE AND IM GOING TO ADDRESS THEM NOW.

WEBSTER SZANYI HAVE SENT ME FORM & QUESTIONS THAT IVE SIGNED & ANSWERED. DUE TO MY SITUATION & THE COVID INFORMATION HAS BEEN HARD FOR ME TO OBTAIN, BUT I ANSWER AIWAYS.

First of all I need to address the Jail heres interference & harrasment they have been reading all of my legal mail. Taking photo copies & even withholding things off they have even contacted the defendants firm ever since they learned the nature of this case. Im experiencing all kinds of undue harrasment & pressure after reading the mail being sent to me.

I've become aware this is unethical & even illigal, but I am nervous & unaware of the legalities to stop this mind you these are HiPAA authorizations for mental health & drug/alcohol treatment & it's a suit involving another officer so you can imagine my situation. & how I feel about it. They were aware of my deadlines etc. etc.

Secondly I've recieved the motion to compel & am having the papers signed & notorize A.S.A.P.

Also with the current change in laws in NYS. I would like to request the personel record the 50-H record for officer Thomas J. Venne & to have his personel record entered into the official court record.

Thank you for your time in this matter.

Sincerely
Frank D'Angelo
19B2286

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: FRANK DiMAIO   DIN: 19B2286

PURPLE HEART

SYRACUSE, NY 132
2 PM 10 2021

19-CV-221

HONORABLE MICHAEL J. ROEMER
UNITED STATES DISTRICT COURT
2 NIAGARA SQUARE
BUFFALO, NY 14202-3350

USDC - WDNY
MAR - 4 2021

LEGAL MAIL