HONORABLE JUDGE ROEMER            3/10/21

Sir, I have complied to everything to the best of my ability.

The defendent sent me authorazations I checked the proper boxes & then sighned. Then I'm told I had to initial so I did that. Now I'm told I have to do both initial, sign & notorize which is fine, but now I have to "pay" R fees. This is being done deliberetly knowing I'm in prison. How can I be expected to honor that. On top of that the undue & harsh treatment I'm getting here even the officers here being in contact w/ the defendents attorney. I've asked to be appointed an attorney.

At last I'm sending everything to you so that no one can say that I'm not doing whats been asked of me. I'm enclosing just one of thier cover sheets to back up my claim.

I've been asked to answer an inquirey so I'm enclosing a photo & a discription of what I feel is best to describe the answer I hope that is sufficiant. I'd like to think that the photo & my medical records gives me at least a basis for authenticity.

Thank you for your time in this matter I know that my ignorance to the law doesn't help the matter any.

Have you recieved my last letter? What can I do when I'm recieving the treatment I am? Who do I contact.?

Sincerely
Frank D'Angelo

THEY ARE TRYING TO CHARGE ME OVER 2,000 DOLLARS FOR SOME PAPER WORK THAT I COMPLIED WITH. EACH TIME. PLEASE HERE LETTERS FROM THEM WHERE THEY KEPT CHANGING WHAT THEY NEEDED & I COMPLIED MY FACE WAS SHATTERED I'VE PAID A PLENTY. 2,000 $ FOR THE SAME PAPER PACKET THAT THEY SENT TO ME? I'VE WROTE TO YOU ASKING FOR HELP & I'VE EXPLAINED THE HARRASMENT I'M RECIEVING HERE. THEY ARE READING MY MAIL HERE. & CONTACTING THE ATTORNEY LOOKING AT MY MEDICAL RECORDS ALL BECAUSE ITS AN OFFICER. PLEASE HELP ME I CAN NOT PAY 2000 $ NOR SHOULD I HAVE TO I'VE COMPLIED EVERYTIME

SINCERELY
FRANK D'Angelo



# WEBSTER SZANYI LLP

Shannon B. O'Neill
Associate

October 12, 2020

Mr. Frank D'Angelo
DIN: 19B2286
Mohawk Correctional Facility
6514 Rt. 26
P.O. Box 8451
Rome, NY 13442

Re: D'Angelo v. City of Lockport
NYMIR File No.: CLKPT-2017-040-001

*[handwritten: First way I was asked to do them.]*

Dear Mr. D'Angelo:

On September 20, 2019, we requested from your former attorney, Michael Benz, Esq., supplemental discovery responses as a result of previously deficient answers. However, as of to date, we never received any supplementary response. We also requested that your attorney provide you with certain authorizations for you to sign to obtain copies of your medical records, but we have not received those as well.

I now request you execute and return the following **original** authorizations, which were previously provided to your former attorney, so that we may obtain copies of your medical records for the following providers identified in your 50-h testimony and medical records received thus far:

1. Medicaid;
2. Niagara County Jail;
3. Northpointe Council, Inc.;
4. Beacon Center;
5. White Deer Run (please include the location information);
6. Niagara County Mental Health Services;
7. Oxford House;
8. Community Health Center of Buffalo;

For your convenience, I am enclosing authorizations, in the form requested, for these providers. I am also enclosing an authorization for Mohawk Correctional Facility and Fidelis Care. Kindly sign, initial, and fill out the authorizations where indicated in yellow highlighter.



# WEBSTER SZANYI LLP

Shannon B. O'Neill
Associate

February 24, 2021

Mr. Frank D'Angelo
DIN: 19B2286
Mohawk Correctional Facility
6514 Rt. 26
P.O. Box 8451
Rome, NY 13442

*[handwritten: I'VE COMPLIED I CAN'T HELP THAT WHATS BEING ASKED IS CHANGING ✓]*

Re: D'Angelo v. City of Lockport
NYMIR File No.: CLKPT-2017-040-001

Dear Mr. D'Angelo:

We are in receipt of the authorizations you provided for Clearview Treatment Services, White Deer Run, and Fidelis Care.

However, we have been informed by one of your providers that they require the alcohol/drug treatment portion of the HIPAA authorization to be initialed in order to acquire your records. Therefore, I am enclosing new authorizations for Clearview Treatment Services and White Deer Run. Please sign and initial where indicated, including the alcohol/drug treatment portion of the authorization. *[handwritten: 2ND]*

Additionally, we have been informed that Fidelis Care requires the authorization be notarized in order to release your records. The authorization you provided us was not notarized. Therefore, I am enclosing a new authorization for Fidelis Care. Please sign, initial, and date where indicated. Additionally, please have the authorization notarized where marked.

*[handwritten: CHANGED AGAIN. 3RD]* We request these authorizations be returned to this office within 20 days.

Very truly yours,

WEBSTER SZANYI LLP

Shannon B. O'Neill

SBO:klc
enclosures

1400 Liberty Building • Buffalo, New York 14202
Tel: (716) 842-2800 • Fax: (716) 845-6709
soneill@websterszanyi.com

**MOHAWK CORRECTIONAL FACILITY**
6514 Rt. 26
P.O. Box 8451
Rome, N.Y. 13442

NAME: Frank D'Angelo      DIN: 19B2286

SYRACUSE NY 130
21 APR 2021 PM 3 L

MOHAWK CORRECTIONAL FACILITY

NEOPOST
04/21/2021
US POSTAGE $000.50⁰

ZIP 13440
041M11287395

19-CV-221

HONORABLE MICHAEL J. ROEMER
UNITED STATES DIST. COURT
2 NIAGARA SQUARE
BUFF. NY 14202-3350

LEGAL MAIL

14202-335099

[APR 23 2021 BUFFALO stamp]